UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT FLOYD STEINER,

              Plaintiff,                               Case No. 1:22-cv-10497

v.                                        Honorable Thomas L. Ludington
                                                  United States District Judge

HEAHTER A. GUST et al.,

                                        Honorable Patricia T. Morris
              Defendants.                     United States Magistrate Judge

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

This matter is before this Court upon Magistrate Judge Patricia T. Morris's Report and Recommendation (R&R), ECF No. 9, recommending that the undersigned dismiss Plaintiff's Complaint, ECF No. 1, with prejudice for failure to prosecute.

Although the R&R states that the parties could object to and seek review of the recommendation within 14 days of service, neither Plaintiff nor Defendants filed any objections. They have therefore waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Magistrate Judge Morris's Report and Recommendation, ECF No. 9, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

**This is a final order and closes the above-captioned case**.


Dated: September 30, 2022               s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge